# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FRANK RUSSO, Individually and On Behalf of Others Similarly Situated, | **Case No.: 5:17-cv-02055-JRA** <br> Collective Action |
| v. | Judge John R. Adams |
| BJ INSPECTIONS, INC. | Magistrate Judge Kathleen B. Burke |

## [PROPOSED] ORDER

Before the Court is the Parties' Rule 41 Stipulation of Dismissal with Prejudice. The Court has reviewed the motion. Because all Parties are agreed to resolve all claims in arbitration, and no Party requests a stay, the case is hereby DISMISSED WITH PREJUDICE.

ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE
HON. JOHN R. ADAMS