It is so ordered. This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
1/23/18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANK RUSSO, Individually and On Behalf of Others Similarly Situated,<br><br>v.<br><br>BJ INSPECTIONS, INC. | **Case No.: 5:17-cv-02055-JRA**<br>Collective Action<br><br>Judge John R. Adams<br><br>Magistrate Judge Kathleen B. Burke |

### RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Frank Russo and Defendant BJ Inspections, Inc. (collectively, the "Parties") have agreed to proceed entirely in arbitration. *Hensel v. Cargill, Inc.,* 1999 WL 993775, *4 (6th Cir.Ohio Oct. 19, 1999) (stating that district court could dismiss an action after determining all claims must be submitted to arbitration). None of the parties requests a stay pending arbitration. Therefore, this case may be dismissed in favor of arbitration. *Hilton v. Midland Funding, LLC*, 687 F. App'x 515, 519 (6th Cir. 2017) ("Because none of the parties in this case requested a stay of proceedings, the district court did not err by dismissing the case…"). Accordingly, the Parties respectfully request that the above-captioned lawsuit be dismissed with prejudice.

Respectfully submitted,

By: */s/ Michael A. Josephson*
Michael A. Josephson
Texas Bar No. 24014780
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Telephone: (713) 352-1100
Telecopier: (713) 352-3300
mjosephson@mybackwages.com

**Attorneys for Plaintiff**